IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JIM BISHOP,                          :
                                     :
                  Plaintiff,         :
                                     :
         v.                          :         Civil Action No. 20-1103-RGA
                                     :
ZHOU MIN NI, et al.,                 :
                                     :
                  Defendants.        :

## ORDER TRANSFERRING CASE

WHEREAS, the Court issued an Order reciting the parties' position that this case "is substantially related to an earlier-filed lawsuit in the Central District of California" (D.I. 12);

WHEREAS, the Court also noted the presence of the executive offices of HP Foods in California (*id.*);

WHEREAS, the Court directed that any opposition to a transfer of this case to the Central District of California be filed by November 4, 2020 (*id.*);

WHEREAS, to date, no opposition to transfer has been filed;

WHEREAS, it therefore appears that the parties consent to transfer to the Central District of California, and, in any event, it appears that the interests of justice including the convenience of the parties favor transfer;

NOW THEREFORE, IT IS HEREBY ORDERED that the case is **TRANSFERRED** to the United States District Court for the Central District of California.

 November 19, 2020                              /s/ Richard G. Andrews____
Date                                         United States District Judge